**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-20-0000022**
**17-JUN-2020**
**09:12 AM**

NO. CAAP-20-0000022

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DWIGHT J. VICENTE, Claimant-Appellant/Appellant, v.
HILO MEDICAL INVESTORS, LTD., Employer-Appellee/Appellee,
and AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Insurance Carrier-Appellee/Appellee,
and JOHN MULLEN & COMPANY, INC.,
Insurance Adjuster-Appellee/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-259(H)(S); DCD NO. 1-87-00882)

ORDER DENYING JUNE 10, 2020 MOTION
FOR RECONSIDERATION OF JUNE 3, 2020 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of (1) the June 3, 2020 order dismissing appeal for lack of appellate jurisdiction, (2) the June 10, 2020 motion by Claimant/Appellant/Appellant Dwight J. Vicente (Vicente), <u>self-represented</u>, for reconsideration of the June 3, 2020 dismissal order, and (3) the record, it does not appear that this court overlooked or misapprehended any points of law or fact

when this court entered the June 3, 2020 dismissal order.  <u>See</u> Rule 40 of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that Vicente's June 10, 2020 motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, June 17, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge